UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00199

TALBERT MAZELL PANNELL, III

**ORDER**

On January 22, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The single-count Information charges the Defendant with knowingly and intentionally using any communication facility, that is, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under 21 U.S.C. § 841(a)(1), that is, distributing a quantity of fentanyl and cocaine base, in violation of 21 U.S.C. § 843(b). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on January 22, 2025. [Doc. 12]. Objections in this case were due on February 10, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 12]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: February 11, 2025

Frank W. Volk
Chief United States District Judge